**Order entered September 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01530-CV

### IN THE ESTATE OF ROBERTO REFUGIO DE JESUS GONZALEZ BARRERA, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-02697-1**

## ORDER

Before the Court is appellees' September 20, 2019 motion for an extension of time to file their brief on the merits. We **GRANT** the motion as follows. We **ORDER** John Warren, Dallas County Clerk, to file, by **October 4, 2019**, the supplemental clerk's record requested by appellees. Appellees shall file their brief on the merits **WITHIN FOURTEEN DAYS** after the supplemental clerk's record is filed.

/s/     ERIN A. NOWELL
          JUSTICE